IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02231-BNB

HENRY STONE,

    Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 30 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff Henry Stone initiated this action by filing *pro se* a "Motion for Appointment of Counsel" in which he sought appointment of counsel in order to raise habeas corpus claims. In an order filed on October 15, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Stone to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Stone to file an application for a writ of habeas corpus and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Stone was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On November 13, 2008, Mr. Stone filed a motion seeking an extension of time to file an application for a writ of habeas corpus. On November 14, 2008, Magistrate Judge Boland entered a minute order granting Mr. Stone an additional thirty days to

cure the deficiencies identified in the October 15 order. On December 15, 2008, Mr. Stone paid the $5.00 filing fee for a habeas corpus action.

Mr. Stone has failed within the time allowed to file an application for a writ of habeas corpus. Therefore, the action will be dismissed without prejudice for failure to cure all of the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure all of the deficiencies. It is

FURTHER ORDERED that the "Motion for Appointment of Counsel" filed on October 15, 2008, is denied as moot.

DATED at Denver, Colorado, this 30 day of December, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02231-BNB

Henry Stone
Prisoner No. 49342
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/30/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk